**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 JUL 25 AM 8 23
CLERK
SO. DIST. OF GA.

# United States District Court

SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release) |
| Eric Scott Brantley | Case Number: CR203-00018-003<br><br>USM Number: 11502-021<br><br>Kristi E. Harrison<br>Ronald E. Harrison, II<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of standard, mandatory, and special conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | **As to the violations outlined in the November 18, 2004, Petition:** | |
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 25, 2004 |

See page 2 for additional violations.

The defendant is sentenced as provided in pages 2 through _4_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: 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

Defendant's Date of Birth: June 5, 1982

July 19, 2005
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
5420 Waycross Highway
Jesup, Georgia 31545

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

Defendant's Mailing Address:
P O Box 878
Ludowici, Georgia 31316

July 25, 2005
Date

DEFENDANT: Eric Scott Brantley
CASE NUMBER: CR203-00018-003

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to pay a fine or restitution obligation in accordance with the schedule of payments set forth by the Court (mandatory condition). | November 16, 2004 |
| 3 | The defendant failed to report to the probation officer as directed by the Court or probation officer (standard condition). | October 2004 |
| 4 | The defendant failed to participate as directed and approved by the probation officer in treatment of narcotic addiction, drug dependency, or alcohol dependency, which included urinalysis or other drug detection measures, and may have required residence and/or participation in a residential treatment facility (special condition). | November 2004 |
| 5 | The defendant failed to perform community service during the period of supervision (special condition). | November 16, 2004 |
| 6 | The defendant failed to be gainfully and meaningfully employed during the term of probation (special condition) | November 2004 |

**As to the violations outlined in the May 3, 2005, Petition:**

| | | |
|---|---|---|
| 1 | The defendant failed to pay a fine or restitution obligation in accordance with the schedule of payments set forth by the Court (mandatory condition). | May 2, 2005 |
| 2 | The defendant failed to report to the probation officer as directed by the Court or probation officer and failed to submit truthful written monthly reports (standard condition). | April 2005 |
| 3 | The defendant failed to follow the instructions of the probation officer (standard condition). | April 18, 2005 |
| 4 | The defendant failed to perform community service during the period of supervision (special condition). | May 2, 2005 |

DEFENDANT: Eric Scott Brantley
CASE NUMBER: CR203-00018-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 30 months .

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____ .
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____ .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


                                                     United States Marshal

                                                     By _____

DEFENDANT: Eric Scott Brantley
CASE NUMBER: CR203-00018-003

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** |  |  | $5,802 |

[ ] The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Eloise MacPherson<br>C/O Mr. Sandy MacPherson<br>720 Jim Isle Drive<br>Charleston, South Carolina 29412-2712 | $5,812.00 | $5,802.00 | 100% |
| **Totals:** | $5,812.00 | $5,802.00 | |

[ ] Restitution amount ordered pursuant to plea agreement    $ _____

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the    [ ] fine    [ ] restitution.
    [ ] The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

vs.     *     CASE NO. CR203-018-03

ERIC SCOTT BRANTLEY     *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Judgment/Revocation dated 7/25/05, which is part of the official records of this case.

Date of Mailing: 7/25/05
Date of Certificate: 7/25/05

SCOTT L. POFF, CLERK

By _L. Debidere_

**NAME:**
1. Eric Scott Brantley
2. Kristi E. Harrison/Ronald E. Harrison, II
3. collections (2 cert cys)
4. 
5. 
6. 
7. 

Cert/Copy
- [ ] [X] District Judge
- [ ] [ ] Magistrate Judge
- [ ] [ ] Minutes
- [X] [ ] U.S. Probation
- [X] [ ] U.S. Marshal
- [X] [ ] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [ ] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray Stalvey
- [ ] [ ] Cindy Reynolds